# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0997

VERSUS

ROBERT C. MEADS, JR.

**OCTOBER 11, 2022**

---

In Re:    Robert C. Meads, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 290,742.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.**   The record of the Terrebonne Parish Clerk of Court's office shows that on June 16, 2022, the district court denied relator's first motion for a new trial. The record further shows that on July 27, 2022, the district court denied relator's second, supplemental motion for a new trial as moot.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT